

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00185-CV
_____

LINX FOOD & BEVERAGE, LLC AND DERRICK STERLING BUSH, APPELLANTS

V.

GFE NY TWO, LLC, APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2025-CV-0367, Honorable Les Hatch, Presiding

October 28, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, Linx Food & Beverage, LLC and Derrick Sterling Bush, appeal from the trial court's orders. Now pending before this Court is Appellants' motion seeking to voluntarily dismiss the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant Appellants' motion and dismiss the appeal. The appeal is dismissed. As requested by the unopposed motion, costs shall

be taxed against the parties who incurred them.  *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam